IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                                                    *
                                                                                   *    CASE NO. 13-06675/BKT
KENNETH MANUEL BAEZ ALERS                       *
                                                                                   *    CHAPTER 7
DEBTOR                                                                *
*******************************************************

### NOTICE OF RE-SCHEDULING OF 341 MEETING OF CREDITORS

TO THE HONORABLE COURT:

**COMES NOW, KENNETH MANUEL BAEZ ALERS**, debtor in the above captioned case, through the undersigned attorney and very respectfully states and prays:

1. That the 341 Meeting of Creditors has been re-scheduled for October 17, 2013 at 10:00 AM.

### NOTICE TO CREDITORS AND PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN, that the 341 Meeting of Creditors has been re-scheduled for October 17, 2013 at 10:00 AM, you are hereby notified that you may attend the meeting and examine the debtor.

**I CERTIFY** that on this same date a copy of this motion has been electronically filed by the Clerk of the Court using the CM/ECF system which will sent notification of such filing to Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participant: debtor; and to all creditors and parties in interest, in the above captioned case.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 19th day of September, 2013.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 193677
SAN JUAN, PR 00919-3677
TEL (787) 744-7699 FAX (787) 746-5294
EMAIL: rfigueroa@rfclawpr.com