IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

KENNETH MANUEL BAEZ ALERS

DEBTOR

CASE NO 13-06675-BKT

CHAPTER 13

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN AND CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**NOW COMES, KENNETH MANUEL BAEZ ALERS**, debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays:

1. The debtor is hereby submitting a proposed amended Plan, dated December 16, 2013, herewith and attached to this motion.

2. This proposed amended Plan is filed to provide that *"any excess over the sum of $7,000.00 will also be devoted each year, as periodic payments, to the plan's funding until plan completion; the debtor(s) shall seek court's authorization prior any use of the PROFIT SHARING'S funds. The plan shall be deemed modified by such amount, without the need of further Court order"*.

**WHEREFORE** debtor respectfully requests the confirmation of the requested amended Plan, dated December 16, 2013.

**I CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtor, Kenneth Manuel Baez Alers, and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 16th day of December, 2013.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726
TEL. NO. (787) 744-7699

United States Bankruptcy Court
District of Puerto Rico

IN RE:  
BAEZ ALERS, KENNETH MANUEL  
Debtor(s)

Case No. 3:13-bk-6675  
Chapter 13

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____  
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: 12/16/2013  
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | Amount | x | Months | = $ | Total |
|---|---|---|---|---|---|
| $ | 200.00 | x | 12 | = $ | 2,400.00 |
| $ | 905.00 | x | 28 | = $ | 25,340.00 |
| $ | 2,205.00 | x | 20 | = $ | 44,100.00 |
| $ | | x | | = $ | |
| $ | | x | | = $ | |

TOTAL: $ 71,840.00

Additional Payments:  
$ 35,000.00 to be paid as a LUMP SUM within 60 months with proceeds to come from:

☐ Sale of Property identified as follows:

☑ Other:  
ANNUAL PROFIT SHARING/$7000 PER YEAR

Periodic Payments to be made other than, and in addition to the above:  
$_____ x _____ = $_____

PROPOSED BASE: $ 106,840.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,761.00

Signed: /s/ KENNETH MANUEL BAEZ ALERS  
Debtor

_____  
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____  
B. SECURED CLAIMS:  
☐ Debtor represents no secured claims.  
☑ Creditors having secured claims will retain their liens and shall be paid as follows:  
1. ☑ Trustee pays secured ARREARS:  
Cr. BANCO POPULAR D    Cr. BANCO POPULAR D    Cr. _____  
# 71010013062321    # POST-PETITION    # _____  
$ 25,512.00    $ 2,010.00    $ _____  
2. ☐ Trustee pays IN FULL Secured Claims:  
Cr. _____    Cr. _____    Cr. _____  
# _____    # _____    # _____  
$ _____    $ _____    $ _____  
3. ☐ Trustee pays VALUE OF COLLATERAL:  
Cr. _____    Cr. _____    Cr. _____  
# _____    # _____    # _____  
$ _____    $ _____    $ _____  
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:  

5. ☐ Other:  

6. ☑ Debtor otherwise maintains regular payments directly to:  
BANCO POPULAR D  
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)  
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.  
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____  
☐ Paid 100% / ☐ Other: _____  
Cr. _____    Cr. _____    Cr. _____  
# _____    # _____    # _____  
$ _____    $ _____    $ _____  
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*  
TREASURY DEPARTMENT PRIORITY CLAIM $66,688 TO BE PAID IN FULL THROUGH TRUSTEE.  
Late filed claims filed by creditors will receive no distribution.  
"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.  
Debtor reserves the right to object claims after plan confirmation.  
* Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds.  
DEBTOR PROPOSES TO DEVOTE EACH YEAR THE SUM OF $7,000.00 FOR THE PLAN'S FUNDING IN PERIODIC PAYMENTS FROM PROFIT SHARING; any excess over the sum of $7,000.00 will also be devoted each year, as periodic payments, to the plan's funding until plan completion; the debtor(s) shall seek court's authorization prior any use of the PROFIT SHARING'S funds. The plan shall be deemed modified by such amount, without the need of further Court order.

Attorney for Debtor R. Figueroa Carrasquillo Law Office    Phone: (787) 744-7699

AMENDED CHAPTER 13 PAYMENT PLAN

IN RE BAEZ ALERS, KENNETH MANUEL     Case No. **3:13-bk-6675**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN
Continuation Sheet - Page 1 of 2

| | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | FIRSTBANK PR-LEAS | | |

AMENDED CHAPTER 13 PAYMENT PLAN

BAEZ ALERS, KENNETH MANUEL
HACIENDA SAN JOSE
141 VIA MATINAL STREET
CAGUAS, PR  00726

HACIENDA SAN JOSE
HOMEOWNERS ASSOCIATION INC
HACIENDA SAN JOSE 200 VIA MEDIEVAL
CAGUAS, PR  00727

VALENTINE & KEBARTAS INC
CITI-SEARS
PO BOX 325
LAWRENCE, MA  01842

R. Figueroa Carrasquillo Law Office
PO Box 186
Caguas, PR  00726-0186

IRMARIE RIVERA MIRANDA
BANCO POPULAR CENTER
STE 1022 209 MUNOZ RIVERA AVE
SAN JUAN, PR  00918-1009

ALLIED INTERSTATE INC
PO BOX 361774
COLUMBUS, OH  43236

LCDO LUIS R. RIVAS UGARTEMENDIA
469 ESMERALDA PLAZA ESMERALDA APT 132
GUAYNABO, PR  00969-4282

BANCO POPULAR DE PR
PO BOX 70100
SAN JUAN, PR  00936-8100

LCDO REINALDO CINTRON FLORES
PO BOX 3734
BAYAMON, PR  00958-0734

COLLECTION ADVISEMENT ASSOC
120 ROAD 876
TRUJILLO ALTO, PR  00976

LCDO REINALDO CINTRON FLORES
LCDO LUIS R VIVAS UGARTEMENDIA
PO BOX 3734
BAYAMON, PR  00958-0734

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN, PR  00902-4140

OPERATING PARTNERS CO.
CITI
250 MUNOZ RIVERA STE 1200
SAN JUAN, PR  00918

FB LEONARD & CO INC
PO BOX 366220
SAN JUAN, PR  00936-6220

PR ACQUISITIONS
PO BOX 194499
SAN JUAN, PR  00919-4499

FB LEONARD & CO INC
GE CAPITAL
PO BOX 366220
SAN JUAN, PR  00936-6220

SEARS
PO BOX 6189
SIOUX FALLS, SD  57117-6189

FIRSTBANK PR-LEASE
PO BOX 9146
SAN JUAN, PR  00908-0146

SERGIO A. RAMIREZ DE ARELLANO LAW OFFICE
PO BOX 195079
SAN JUAN, PR  00919-5079

GC SERVICES
LVNV FUNDING
6330 GULFTON
HOUSTON, TX  77210-4310

STEVE SEGAL JIMENEZ
PO BOX 366220
SAN JUAN, PR  00936-6220